UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICIA TONI KOEPSELL,
an individual,

        Plaintiff,

   v.

USAA aka UNITED SERVICES
AUTOMOBILE ASSOCIATION, a
form of business unknown and
USAA FEDERAL SAVINGS BANK,
a form of business unknown,

        Defendants.
                                        /

NO. CIV. S-11-1772 LKK/DAD

O R D E R

    Currently before the court is defendants United Service Automobile Association's ("USAA")and USAA Federal Savings Bank's motion to dismiss USAA from the above captioned case and to dismiss several of plaintiff's claims against USAA Federal Savings Bank for failure to state a claim. This motion is set to be heard on August 29, 2011. On August 15, 2011, plaintiff filed an opposition to the motion in which she expressed her intention to file an amended complaint by August 22, 2011. Plaintiff also requested that the

1

court deny defendants' motion to dismiss as moot. The court, however, does not find it prudent to deny the motion before plaintiff's amended complaint is filed.

For the foregoing reasons, the court orders as follows:

(1) Hearing on defendants' motion to dismiss (Doc. No. 9), which is currently set for August 29, 2011, is VACATED.

(2) Plaintiff shall file her first amended complaint by August 22, 2011. Failure to file the first amended complaint by this date will result in the court granting defendants' motion to dismiss with prejudice.

(3) The court shall issue a further order disposing of defendants' motion after plaintiff either timely files her first amended complaint or fails to timely file the amended pleading.

IT IS SO ORDERED.

DATED: August 17, 2011.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2