UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICIA TONI KOEPSELL,
an individual,

        Plaintiff,

    v.

USAA aka UNITED SERVICES
AUTOMOBILE ASSOCIATION, a
form of business unknown and
USAA FEDERAL SAVINGS BANK,
a form of business unknown,

        Defendants.
                                  /

NO. CIV. S-11-1772 LKK/DAD

O R D E R

    Defendants United Service Automobile Association's ("USAA") and USAA Federal Savings Bank have moved to dismiss USAA from the above captioned case and to dismiss several of plaintiff's claims against USAA Federal Savings Bank for failure to state a claim. On August 15, 2011, plaintiff filed an opposition to the motion in which she expressed her intention to file an amended complaint by August 22, 2011. Upon receipt of plaintiff's opposition, the court vacated the hearing on the motion and ordered plaintiff to file her amended

1

1 complaint by August 22, 2011. Plaintiff timely filed her amended
2 complaint
3     For the foregoing reasons, the court DENIES defendant's motion
4 to dismiss (Doc. No. 9) without prejudice, as moot.
5     IT IS SO ORDERED.
6     DATED:  August 24, 2011.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2