UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICIA TONI KOEPSELL,
an individual,

        Plaintiff,

   v.

USAA aka UNITED SERVICES
AUTOMOBILE ASSOCIATION, a
form of business unknown and
USAA FEDERAL SAVINGS BANK,
a form of business unknown,

        Defendants.
_____/

NO. CIV. S-11-1772 LKK/DAD

O R D E R

    Plaintiff Patricia Toni Koepsell requests an order voluntarily dismissing this action, with prejudice, and with each side to bear its own costs, pursuant to Fed. R. Civ. P. 41(a)(2).  The sole remaining defendant, USAA Federal Savings Bank, has not filed an answer or a motion for summary judgment in this case.  Plaintiff therefore may dismiss this action as of right, even without a court

////

////

1

order, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).[1]

Accordingly,

1.   Plaintiff's motion (Dkt. No. 30), is **GRANTED**, and this action is dismissed in its entirety, with prejudice, with each side to bear its own costs;

2.   The July 9, 2012 hearing on this motion is **VACATED**; and

3.   All other pending motions in this case (Dkt. Nos. 19, 28 and 29), including those pending before the Magistrate Judge, are **DENIED** as moot.

IT IS SO ORDERED.

DATED: May 24, 2012.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] Plaintiff's request may therefore be granted without the need for a hearing or adversary briefing.

2